January 8, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

MARVIN BRITTON, Appellant

NO. 14-14-00760-CV                     V.

MARK JONES, Appellee

_____

       Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on August 25, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

       We further order that all costs incurred by reason of this appeal be paid by appellant, Marvin Britton.

       We further order that mandate be issued immediately.

       We further order this decision certified below for observance.